**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re:   RICKY DEER                                    Case No.:  09-25835
         ANGELA DEER                                   Chapter: 7


_____ Debtor(s)
_____


**AMENDMENT COVER SHEET**

The following items have been amended in the above named bankruptcy proceeding (check all
applicable boxes).

_____ Voluntary Petition (specify reason for amendment)
_____ Summary of Schedules
_____ Statistical Summary of Certain Liabilities
_____ Schedule A - Real Property
_____ Schedule B - Personal Property
_____ Schedule C - Property Claimed as exempt
_____ Schedule D, E or F and/or Matrix, and/or List of Creditors or Equity Holders
         _____ Add/delete creditor(s), change amount or classification of debt - $26.00 Fee
                required.
         _____ Add/change address of already listed creditor - No fee
_____ Schedule G - Executory Contracts and Unexpired Leases
_____ Schedule H - CoDebtors
_____ Schedule I - Current Income of Individual Debtor(s)
_____ Schedule J - Current Expenditures of Individual Debtor(s)
_____ Declaration Concerning Debtor's Schedules
_____ Statement of Financial Affairs and/or Declaration
__✓__ Chapter 7 Individual Debtor's Statement of Intention
_____ Disclosure of Compensation of Attorney for Debtor(s)
_____ Statement of Current Monthly Income and Means Test Calculation
_____ Certification of Credit Counseling
_____ Other:

**Amendment of debtor(s) Social Security Number requires the filer to follow the
instructions provided by the Office of the U.S. Trustee, see link to the U.S. Trustee's
website on our website: www.nvb.uscourts.gov**

**Declaration of Debtor**
I (We) declare under penalty of perjury that the information set forth in the amendment(s)
attached hereto is (are) true and correct to the best of my (our) information and belief.

Date: SEPTEMBER 3, 2009     /s/ RICKY DEER                    /s/ ANGELA DEER
                            _____                  _____
                                 Debtor                          Joint Debtor

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Nevada

In re   Ricky Brent Deer
       Angela Marie Deer

                              Debtor(s)

Case No.   **09-25835**

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** - Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

---

**Property No. 1**

**Creditor's Name:**
Hyundai Motor Finance

**Describe Property Securing Debt:**
2007 HYUNDAI ELANTRA
IN MOTHERS POSSESSION
MOTHER PAYS

Property will be (check one):
    ☐Surrendered          ■Retained

If retaining the property, I intend to (check at least one):
    ☐Redeem the property
    ■Reaffirm the debt
    ☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐Claimed as Exempt          ■Not claimed as exempt

---

**Property No. 2**

**Creditor's Name:**
Onewest Bank

**Describe Property Securing Debt:**
5962 Ancona Dr.
Las Vegas, NV 89141
Surrender

Property will be (check one):
    ■Surrendered          ☐Retained

If retaining the property, I intend to (check at least one):
    ☐Redeem the property
    ☐Reaffirm the debt
    ☐Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ☐Claimed as Exempt          ■Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                           Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Wlsfgr Hmmtg | **Describe Property Securing Debt:**<br>**44 Delighted**<br>**North Las Vegas, NV 89031**<br>**Surrender** |

Property will be (check one):
  ■Surrendered                                        ☐Retained

If retaining the property, I intend to (check at least one):
  ☐Redeem the property
  ☐Reaffirm the debt
  ☐Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ☐Claimed as Exempt                                  ■Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | **Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):**<br>☐ YES            ☐NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September  3, 2009**                    Signature  */s/* **Ricky Brent Deer**
                                                           **Ricky Brent Deer**
                                                           Debtor

Date  **September  3, 2009**                    Signature  */s/* **Angela Marie Deer**
                                                           **Angela Marie Deer**
                                                           Joint Debtor